IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GOODWIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL, ROBERT GILMORE,** | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADEPHIA and THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 18-5269** |

### ORDER

**NOW**, this 12th day of July, 2022, upon consideration the Amended Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (Doc. No. 22) and the response to the Amended Petition, the Third Amendment and Supplement to Petition for Writ of *Habeas Corpus* (Doc. No. 72), the response to the Amendment, the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 74), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1.  The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

2.  The petition for writ of *habeas corpus* is **CONDITIONALLY GRANTED** with respect to petitioner's claim that the Commonwealth violated *Brady v. Maryland*, 373 U.S. 83 (1963);

3.  Unless the Commonwealth retries the petitioner within 180 days, the petitioner's conviction in *Commonwealth v. Goodwin*, No. CP-51-CR-0012214-2011, will be **VACATED**;

      4.      The time limit within which the Commonwealth may retry the petitioner may be extended by agreement of the parties or upon a showing of reasonable cause.

/s/ TIMOTHY J. SAVAGE J.