# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GOODWIN,** Petitioner, | : | **CIVIL ACTION** |
| | : | |
| **JOHN E. WETZEL, et al.,** Respondents. | : | NO. 18-5269 |

## UNOPPOSED MOTION TO EXTEND RETRIAL DEADLINE

On July 14, 2022, this Court granted Christopher Goodwin's petition for a writ of habeas corpus, vacating his first-degree murder conviction. ECF No. 75. The Court stayed execution of the writ to permit the Commonwealth to retry Goodwin. *Id.* The retrial deadline is now January 10, 2023.

The respondents request that the deadline to retry Goodwin be extended by 60 days. The Commonwealth and Goodwin have come to a resolution. As such, the Defender Association's state office is in the process of being appointed as counsel in state court to effectuate that resolution as quickly as possible.

Goodwin's counsel, Samuel Angell of the Federal Defender Association, does not oppose this request for extension.

For these reasons, the respondents respectfully request a 60-day extension, or until March 11, 2023, of the Court's deadline to retry Goodwin.

Respectfully submitted,


*/s/ Katherine Ernst*
Katherine Ernst
Assistant District Attorney
Federal Litigation Unit

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GOODWIN,** Petitioner, | : | **CIVIL ACTION** |
| | : | |
| **JOHN E. WETZEL, et al.,** Respondents. | : | NO. 18-5269 |

### ORDER

**AND NOW**, on this _____ day of _____, 2022, upon consideration of Respondents' motion to extend the Court's retrial deadline, and any Response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents' time for retrying Christopher Goodwin is extended 60 days to March 11, 2023.

BY THE COURT

_____
HON. TIMOTHY J. SAVAGE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GOODWIN,** Petitioner, | : | **CIVIL ACTION** |
| | : | |
| **JOHN E. WETZEL, et al.,** Respondents. | : | NO. 18-5269 |

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2023, a copy of the foregoing was filed on the Court's ECF system and available for viewing by all counsel of record.

/s/ *Katherine Ernst*
Katherine Ernst, Esquire
Assistant District Attorney
Federal Litigation Unit